1078

No. 91–6594. FERRITTO v. OHIO DEPARTMENT OF HIGHWAY SAFETY ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6595. GIBBS v. LAJOYE, SHERIFF, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6596. HANSON v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 91–6598. HERDMAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–6599. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6600. MUCA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6604. PUCKETT v. SOCIAL SECURITY OFFICE OF DISABILITY AND INTERNAL OPERATION. C. A. 4th Cir. Certiorari denied.

No. 91–6605. BROOKS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6606. BELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6608. BEAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6609. COLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6610. ASHLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6612. DUNAGAN v. COWLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 91–6613. RAPHELD v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 91–6614. ARLEDGE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.